■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICO VILLANUEVA, Also Known as FEDERICO VILLANUEVA, Appellant.—Judgment, Supreme Court, New York County (Shirley Levittan, J.), rendered on November 23, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Sullivan, Rosenberger and Wallach, JJ.